Jason Hightower
United States Park Ranger
Department of Interior
National Park Service
Death Valley National Park
PO Box 579
Death Valley, CA 92328
760-614-0458

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY A. PARK,<br><br>　　　　　Defendant. | Case No. 5:21-po-00383-JLT<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

　　　The United States of America, by and through Jason R. Hightower, United States Park Ranger, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

DATED:  August 24, 2021　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By　　　/s/　Jason R. Hightower
　　　　　　　　　　　　　　　　　　　　　　　　Jason R Hightower
　　　　　　　　　　　　　　　　　　　Supervisory United States Park Ranger
　　　　　　　　　　　　　　　　　　　　　Death Valley National Park

1

U.S. v. Anthony A. Park
Case No. 5:21-po-00383-JLT

# O R D E R

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __August 24, 2021__   _____/s/ Jennifer L. Thurston__
CHIEF UNITED STATES MAGISTRATE JUDGE